IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO.: 2:14-CR-84 (1) |
| | § | |
| DANUT FLORIAN CARP | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On February 9, 2015, defendant DANUT FLORIAN CARP, appeared with retained counsel, Mr. Paul Herrmann. Defendant DANUT FLORIAN CARP, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to Fed. R. Crim.P. 11, and entered a plea of guilty to Count 1 of the Indictment. After cautioning and examining DANUT FLORIAN CARP under oath concerning each of the subjects set out in Rule 11, I determined the guilty plea was knowingly and voluntarily entered and that the offense(s) charged are supported by an independent basis in fact containing each of the essential elements of such offense.

IT IS, THEREFORE, the RECOMMENDATION of the undersigned United States Magistrate Judge that the District Judge accept the Plea Agreement and the guilty plea of the defendant, DANUT FLORIAN CARP, and that defendant be finally adjudged guilty of that offense.

IT IS SO ORDERED.

ENTERED this _10th_ day of February 2015.

UNITED STATES MAGISTRATE JUDGE

### NOTICE

The United States District Clerk shall serve a copy of this Report and Recommendation on all parties. Pursuant to 28 USC § 636(b)(1), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions or recommendation to which objections are being made; the District Court need not consider frivolous, conclusive or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the Magistrate Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar the party from a *de novo* determination by the District Court. Additionally, any failure to file written objections to the proposed findings, conclusions and recommendation contained in this report within fourteen (14) days after being served with a copy shall bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court, except upon grounds of plain error or manifest injustice. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).