IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CASE NO.:   2:14-CR-0084 (1) |
| DANUT FLORIAN CARP | § § § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

On February 10, 2015, a Report and Recommendation Concerning Plea of Guilty was issued in the above-referenced cause. The response period has expired and no objections have been filed.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation Concerning Plea of Guilty. The Court is of the opinion that the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge should be ADOPTED by the United States District Court.

The Court therefore does adopt the Report and Recommendation Concerning Plea of Guilty as to defendant DANUT FLORIAN CARP.

ACCORDINGLY, IT IS THEREFORE ORDERED that the plea agreement and the guilty plea of defendant DANUT FLORIAN CARP is accepted as to Count One of the Indictment and entered; and the cause is continued for sentencing pending the receipt of the probation officer's presentence report.

ENTERED this ___March 6___ day ~~of March~~, 2015.

_____
MARY LOU ROBINSON
United States District Judge